UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE STEPHEN AND CAROL TESTA : | |
| : | |
| DEBTORS : | Chapter 13 |
| : | |
| STEPHEN AND : | |
| CAROL TESTA : | |
| : | |
| Plaintiff : | DOCKET NO.: 13-10819 |
| : | ADV 13-49 |
| PHOENIXVILLE FEDERAL : | |
| BANK AND TRUST : | |
| AND : | |
| FIRST CORNERSTONE BANK : | |
| : | |
| Defendant. : | |

ORDER

**AND NOW**, this __17TH__ day of __April__, 2013, in consideration of the Plaintiff/Debtors Stephen and Carol Testa having filed an Adversary Action seeking this court's order declaring the mortgage of Phoenixville Federal Bank and Trust and the mortgage of First Cornerstone Bank on the Plaintiff's residence to be both wholly unsecured, the Defendants having failed to defend and upon consideration of the Plaintiff's Motion for Default Judgment, testimony offered in this matter, the court being fully advised, it is hereby ORDERED and DECREED that the Motion is GRANTED.

Further, it is ORDERED that Phoenixville Federal Bank and Trust's mortgage interest in the Plaintiff's residential property located at 146 Ravenhill Road, Phoenixville, Pennsylvania Chester County, Pennsylvania is wholly unsecured and stripped as a lien upon that property. It is further ORDERED that within 20 after the entry of a Chapter 13 discharge for the Plaintiffs, that Defendant Phoenixville Federal Bank and Trust shall remove its mortgage lien upon 146 Ravenhill Road, Phoenixville, Pennsylvania Chester County, Pennsylvania. The Court also ORDERS that First Cornerstone Bank's mortgage interest in the Plaintiff's residential property located at 146 Ravenhill Road, Phoenixville, Pennsylvania Chester County, Pennsylvania is wholly unsecured and stripped as a lien upon that property. Further, that within 20 after the entry of a Chapter 13 discharge for the Plaintiffs, that Defendant First Cornerstone Bank shall remove its mortgage lien upon 143 Ravenhill Road, Phoenixville, Pennsylvania Chester County, Pennsylvania.

BY THE COURT

_____